# In the United States Court of Federal Claims

OFFICE OF SPECIAL MASTERS

| | | |
|---|---|---|
| KENNETH PACIOCCO, Petitioner, v. SECRETARY OF HEALTH AND HUMAN SERVICES, Respondent. | * | No. 25-873V<br>Special Master Christian J. Moran<br>Filed: October 19, 2026 |

Elizabeth Kyla Abramson, Mctlaw, Washington DC, for petitioner;
Julia Marter Collison, United States Dep't of Justice, Washington, D.C., for respondent.

## UNPUBLISHED DECISION ON FEES AND COSTS[1]

On October 14, 2026, respondent filed a stipulation of fact concerning final attorneys' fees and costs in the above-captioned matter. Previously, petitioner submitted an application for attorneys' fees and costs on September 25, 2025 Respondent filed a response on October 28, 2025. Based on subsequent discussions, the parties have agreed to resolve fees and costs in this matter for a lump sum of $7,500.00. The Court awards this amount.

[1] Because this decision contains a reasoned explanation for the action taken in this case, it must be made publicly accessible and will be posted on the United States Court of Federal Claims' website, and/or at https://www.govinfo.gov/app/collection/uscourts/national/cofc, in accordance with the E-Government Act of 2002. 44 U.S.C. § 3501 note (2018) (Federal Management and Promotion of Electronic Government Services). This means the decision will be available to anyone with access to the internet. In accordance with Vaccine Rule 18(b), the parties have 14 days to identify and move to redact medical or other information, the disclosure of which would constitute an unwarranted invasion of privacy. Any changes will appear in the document posted on the website.

On October 14, 2026, the parties filed the attached stipulation, stating that a decision should be entered awarding attorney's fees and costs. I find the stipulation reasonable and adopt it as my decision, on the terms set forth therein.

After reviewing the request, the Court awards the following:

**A lump sum of $7,500.00 shall be paid through an ACH deposit to Ms. Abramson's IOLTA account for prompt disbursement.**

The Court thanks the parties for their cooperative efforts in resolving this matter. The Clerk shall enter judgment accordingly.

**IT IS SO ORDERED**.

s/Christian J. Moran
Christian J. Moran
Special Master

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**OFFICE OF SPECIAL MASTERS**

| | |
|---|---|
| KENNETH PACCIOCO,<br><br>Petitioner,<br><br>v.<br><br>SECRETARY OF HEALTH AND HUMAN SERVICES,<br><br>Respondent. | No. 25-873V<br>Special Master Moran<br>ECF |

**STIPULATION OF FACTS CONCERNING ATTORNEYS' FEES AND COSTS**

It is hereby stipulated, by and between the parties, the following factual matters:

1. Elizabeth K. Abramson is the attorney of record for petitioner in this matter.

2. Petitioner filed an application for attorneys' fees and costs ("Application") on September 25, 2025.

3. Respondent filed a response to petitioner's Application on October 28, 2025.

4. After informal discussions, the parties have agreed to resolve fees and costs in this matter for a lump sum of $7,500.00.

5. In accordance with General Order #9, petitioner has not incurred any costs in pursuit of his case.

6. The parties now request that a decision awarding attorneys' fees and costs in the amount of $7,500.00, jointly payable to petitioner and petitioner's attorney, Elizabeth Abramson, be issued.

7. Petitioner understands that the payment totaling $7,500.00 represents all fees and costs available under 42 U.S.C. § 300aa-15(3).

8. Nothing in this Stipulation, including the amount set forth in paragraph 4, should be construed as an admission, concession, or waiver by either party as to any of the matters raised by petitioner's Application, including but not limited to the hourly rates requested, the number of hours requested, and other litigation-related costs, or that the claim was supported by a reasonable basis.

Respectfully submitted,

Catherine V. Costigan on behalf of

ELIZABETH K. ABRAMSON
mctlaw
1310 G Street NW, Suite 610
Washington, DC 20005
Tel.: (888) 952-5242
E-mail: eabramson@mctlaw.com

JM Collison

JULIA M. COLLISON
Assistant Director
Torts Branch
Civil Division
U.S. Department of Justice
P.O. Box 146
Benjamin Franklin Station
Washington, DC 20044-0146
Tel: (202) 305-0102
E-mail: Julia.collison@usdoj.gov

Dated: October 14, 2026

## CERTIFICATE OF SERVICE

I certify that today, October 14, 2026, I served a copy of the foregoing pleading via electronic mail upon petitioner's counsel, Elizabeth Abramson, at eabramson@mctlaw.com.

JM Collison
JULIA M. COLLISON